IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Carey Dale Grayson )
 )
   Plaintiff, )
 )
v. ) CASE NO. 2:12-cv-316-MHT-CSC
 )
Kim Thomas, Commissioner, et al. )
 )
   Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Carey Dale Grayson, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____
_____              _____
_____              _____

4/6/2012                             (Signature)
Date
                                     John Palombi
                                     (Counsel's Name)

                                     Carey Dale Grayson
                                     Counsel for (print names of all parties)
                                     817 S. Court Street
                                     Montgomery, AL 36104
                                     Address, City, State Zip Code
                                     334-834-2099
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, John Palombi_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by United States Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 6th_____day of April_____ 20 12 to:

Kim Thomas, Commissioner ADOC

Anthony Patterson, Warden, Holman Correctional Facility

4/6/2012
Date                                                                 Signature