IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAREY DALE GRAYSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-cv-316-WKW |
| ) | (WO -- Do Not Publish) |
| KIM THOMAS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is ORDERED that Defendants show cause, in writing, **on or before January 23, 2015**, why Plaintiff's Motion for Leave to Amend Complaint (Doc. # 28) should not be granted.

DONE this 16th day of January, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE