IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAREY DALE GRAYSON, | ) | |
| DEMETRIUS FRAZIER, | ) | |
| DAVID LEE ROBERTS, | ) | |
| ROBIN DION MYERS, and | ) | |
| GREGORY HUNT, | ) | CASE NOS. 2:12-CV-0316-WKW |
| | ) | 2:13-CV-0781-WKW |
| Plaintiffs, | ) | 2:14-CV-1028-WKW |
| | ) | 2:14-CV-1029-WKW |
| v. | ) | 2:14-CV-1030-WKW |
| | ) | |
| JEFFERSON S. DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

A joint status conference was held in this matter on November 4, 2015, with counsel for all parties in attendance. Based on the discussions held at that conference and Federal Rule of Civil Procedure 42(a), the court finds that the above-styled actions involve common questions of law and fact and that consolidation will promote judicial economy, eliminate duplication of discovery, and avoid unnecessary costs. Accordingly, it is ORDERED that the above-styled actions are CONSOLIDATED for discovery and trial. The lead case shall be Civil Action No. 2:12cv0316, and all pleadings, motions, briefs, orders, and other documents shall be filed only in the lead case.

DONE this 5th day of November, 2015.

                                                  /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE