IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAREY DALE GRAYSON, *et al.*<br><br>Plaintiffs,<br>vs.<br><br>JEFFERSON S. DUNN, *et al*<br><br>Defendants. | CASE NO.  2:12-CV-0316-WKW<br>**Death Penalty Case**<br>**Execution Set for December 8, 2016** |

**PLAINTIFF RONALD BERT SMITH JR.'S**
**NOTICE OF APPEAL**

Notice is hereby given that Ronald Bert Smith Jr., Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the order entered by this Court on November 18, 2016, dismissing his Complaint.

This, the 18th day of November, 2016.

1

Respectfully submitted,

/s/ John Anthony Palombi
John Anthony Palombi
Spencer J. Hahn
Assistant Federal Defenders
Federal Defenders
Middle District of Alabama
817 S. Court Street
Montgomery, AL 36104
(334)-834-2099
John_Palombi@fd.org
KY Bar 86784
Spencer_Hahn@fd.org
OR Bar 043027

Counsel for Ronald Bert Smith Jr.

## CERTIFICATE OF SERVICE

This pleading was filed on November 18, 2016 and service was effectuated on counsel for Defendants through the CM/ECF system.

/s/ John Anthony Palombi
John Anthony Palombi
Spencer J. Hahn
Assistant Federal Defenders
Federal Defenders
Middle District of Alabama
817 S. Court Street
Montgomery, AL 36104
(334)-834-2099
John_Palombi@fd.org
KY Bar 86784
Spencer_Hahn@fd.org
OR Bar 043027

Counsel for Ronald Bert Smith Jr.