# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### UNITED STATES COURTHOUSE
### MONTGOMERY, ALABAMA

**November 18, 2016**

| | |
|---|---|
| **DEBRA P. HACKETT**<br>　CLERK | **MAILING ADDRESS:**<br>P. O. Box 711<br>MONTGOMERY, AL 36101<br>(334)954-3610 |

**DOUGLAS J. MINCHER, Clerk**
**United States Court of Appeals for the 11th Circuit**
ELBERT PARR TUTFLE COURT OF APPEALS BU1LDNG
56 Forsyth Street, N.W.　　　　　　　　　Re:　District Court No.**CV-12-W-316-N**
Atlanta, Georgia 30303　　　　　　　　　　　　Court of Appeals No._____

**CAREY DALE GRAYSON  VS.  JEFFERSON S. DUNN,  ET AL**

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

☐　Certified copy of  NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☐　First Notice of Appeal:   Yes ☐   No ☐   Other notices (dates):_____

☐　Other:

☒　The Judge or Magistrate Judge appealed from is: **JUDGE WILLIAM KEITH WATKINS**

☒　The Court Reporter (s) is/are: **MITCHELL REISNER**

☐　A hearing was not held in the case.   ☐ An **audio tape** is available for transcription of the court hearing

☐　The appellant DOCKET FEE has been paid:  Yes ☐ No ☒  Date paid**:**_____

☐　**Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.**

☐　Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
　　**Enclosed:**  certified copy of Order & an updated docket sheet

☐　Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
　　**Enclosed:**  certified copy of Order & an updated docket sheet

☐　Copy of CJA form / order  appointing counsel.

☐　Certified record on appeal consisting of : __Volume(s) of pleadings; __ PSI (s);__ Volume(s) of transcript; _ Folder(s) of **SEALED**,  &  **BOXES** exhibits/depositions; ___ Supplemental file(s)

☐　ORIGINAL PAPERS:__Volume(s) of pleadings; ____ Volume(s) of  transcript; ____ folder of exhibits

☐　This is an appeal of a bankruptcy order.  Bankruptcy Judge _____

☒　**This is a DEATH PENALTY APPEAL.**

　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　YOLANDA WILLIAMS
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc: Court file