IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAREY DALE GRAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CV-0316-WKW |
| | ) | |
| JEFFERSON S. DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

and,

| | | |
|---|---|---|
| CHARLES LEE BURTON, | ) | |
| RONALD BERT SMITH, | ) | |
| ROBERT BRYANT MELSON, | ) | |
| GEOFFREY TODD WEST, | ) | |
| TORREY TWANE MCNABB, | ) | CASE NOS. 2:16-CV-0267-WKW |
| | ) | 2:16-CV-0268-WKW |
| Plaintiffs, | ) | 2:16-CV-0270-WKW |
| v. | ) | 2:16-CV-0284-WKW |
| | ) | |
| JEFFERSON S. DUNN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

and,

| | |
|---|---|
| JEFFREY LYNN BORDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO. 2:16-CV-0733-WKW |
| v. | ) |
| | ) |
| | ) |
| JEFFERSON S. DUNN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, and upon a finding that there is no just reason for delay, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is ENTERED in favor of Defendants Jefferson S. Dunn, Walter Myers, Carter Davenport, and Cynthia Stewart, and against Plaintiffs Charles Lee Burton, Robert Bryant Melson, Geoffrey Todd West, Torrey Twane McNabb, and Jeffrey Lynn Borden.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 31st day of March, 2017.

                                                        /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE