# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 08, 2017

John Anthony Palombi
Federal Defender Program, Inc.
817 S COURT ST
MONTGOMERY, AL 36104-4905

Appeal Number: 17-11536-P
Case Style: Geoffrey West, et al v. Commissioner, Alabama DOC, et al
District Court Docket No: 2:12-cv-00316-WKW-CSC

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: David L. Thomas
Phone #: (404) 335-6171

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-11536-P
_____

CHARLES LEE BURTON, 2:16-cv-0267

                                              Consol Plaintiff - Appellant,

versus

WARDEN,
COMMISSIONER, ALABAMA DOC,

                                              Defendants - Appellees.

_____

ROBERT BRYANT MELSON, 2:16-cv-0268

                                              Consol Plaintiff - Appellant,

versus

WARDEN,
COMMISSIONER, ALABAMA DOC,

                                              Defendants - Appellees.

_____

GEOFFREY TODD WEST, 2:16-cv-0270

                                              Consol Plaintiff - Appellant,

versus

WARDEN,
COMMISSIONER, ALABAMA DOC,

          Defendants - Appellees.

_____

TORREY TWANE MCNABB, 2:16-cv-0284

          Consol Plaintiff - Appellant,

versus

WARDEN,
COMMISSIONER, ALABAMA DOC,

          Defendants - Appellees.

_____

JEFFREY LYNN BORDEN, 2:16-cv-0733

          Consol Plaintiff - Appellant,

versus

WARDEN,
COMMISSIONER, ALABAMA DOC,

          Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

BEFORE:  TJOFLAT, ROSENBAUM and JILL PRYOR, Circuit Judges.

BY THE COURT:

Appellant Robert Bryant Melson's Emergency Motion to Stay Execution and Emergency Motion to Expedite Briefing are DENIED.