(ORDER LIST: 581 U.S.)

THURSDAY, JUNE 8, 2017

ORDER IN PENDING CASE

16A1212    MELSON, ROBERT B. V. DUNN, COMM'R, AL DOC, ET AL.

The application for stay of execution of sentence of death presented to Justice Thomas and by him referred to the Court is denied. The order heretofore entered by Justice Thomas is vacated.