In middle dist. court, Federal court, Alabama

- Judge Watkins
Ex parte Hunt – Gregory Hunt, Alabama Death Row

RECEIVED 2017 SEP 28 A 11:54 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT AL

Petitioner request Refund of filing Fee $350.00 And Request court issue waiver of Fees in Appeals.

2:12-cv-316-WKW-CSC LEAD

In the case of Hunt v Warden – 2:14-cv-01030

I am one of five, petitioning this court for stay of execution challenging issues in case 2:12-cv-00316-WKW-CSC, secondary case No. 2:13-cv-00781-WKW-CSC, this court consolidated all five petitioners.

(1) The clerk of this court mistakenly charged this petitioner a filing fee of $350.00, using the Prisoner Litigation Reform Act (PLRA) 42 U.S.C. § 1997, 42 U.S.C. § 1983, PLRA of 1995, U.S.C. 18 § 3626

This Act allows Federal courts to charge prisoner-filing fees to reduce amount of lawsuits filed by prisoners challenging prison conditions, under § 1983 complaint.

1

However: In the case of Hunt v Warden 2:14-cv-01030 - The §1983 complaint filed is not challenging prison conditions, but rather using § 1983 in Form of challenge To drugs ~~,~~ the STATE uses to execute a prisoner, To carry out the "Sentence" ~~,~~ And not prison conditions.

② In 42 U.S.C. § 1997(e) ●, prisoners using § 1983 to file for "other" than prison conditions Are not To be charged filing Fee

42 U.S.C. § 1997e states that: suits by prisoners.

⊗ No action shall be brought with respect To prison conditions, under section 1983 of this title, or any other Federal law, by a prisoner in Jail, prison, or other correctional facility until such administrative remedies are available Are exhausted.

③ The Language "prison conditions" thus Limits Courts ~~To~~ Charge Fees from prisoners To prison condition challenges

The petitioners reasoning is that in suit before this honorable court, 2:14-cv-01030 there is no "exhaustion requirement" because it is not related to "prison conditions" And,

(4) In the PCRA of 1995, Section 802(a)(a)(1) prospective Relief (A) prospective relief in any civil action with respect to prison conditions... throughout this Act - the term "civil action filed by prisoners" is Referring to "prison conditions" filed under 42 U.S.C. 1983.

Thus in Section 804 Proceeding in Forma Pauperis 804(a)(2) - A prisoner seeking to bring civil action or appeal a judgment in a civil action or proceeding without payment of Fees...

~~804(b)(1)~~
804 3(b)(1) Notwithstanding if a prisoner brings civil action or files appeal in forma pauperis, the prisoner shall be required to pay full amount of filing fee.
⊗ Again here, the term civil action relates to "prison conditions"

(3)

(5) In that petitioners § 1983 complaint challenges is not prison condition challenge, for the above style cause,

Petition ask this honorable court, To have clerk of court Refund the 350.00 filing fee, and

Petitioner ask this honorable court to grant waiver of fees for appeal purposes.

Respectfully submitted

    pro se
    Gregory Hunt
    Z-521-N-6
    Holman 3700
    Atmore, AL
    36503

Sworn and subscribed this 25th day of Sept. 2017.

Signed _____

(4)

Gregory Hunt
Z-521-N-6
Holman 3700
Atmore, AL
36503

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the ADOC is not responsible for the substance or content of the enclosed communication."

legal mail

MOBILE AL
28 SEP 2017 PM 1 L

Federal Courthouse
Judge Watkins
clerk of Federal Court - middle district
One CHURCH STREET
Montgomery, Alabama
36104

36104-401801