Contains Some Confidential Information

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| CAREY DALE GRAYSON, | ) | |
| DEMETRIUS FRAZIER, | ) | |
| DAVID LEE ROBERTS, | ) | CIVIL ACTION NO |
| ROBIN DION MYERS, | ) | 2:12-CV-316-WKW |
| GREGORY HUNT, | ) | 2:13-CV-781-WKW |
| | ) | 2:14-CV-1028-WKW |
| Plaintiffs, | ) | 2:14-CV-1029-WKW |
| | ) | 2:14-CV-1030-WKW |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JEFFERSON S. DUNN, et al., | ) | |
| | ) | |
| Defendants. | | |

### Declaration of Daniel Buffington, PharmD, MBA

I, Dr. Daniel E. Buffington, under penalty of perjury, declare the following to be true:

1. I have received and reviewed the records that were provided to me pertaining to the case *Carey Dale Grayson, Demetrius Frazier, David Lee Roberts, Robin Dion Myers, and Gregory Hunt v. Jefferson Dunn et al.* These documents include: Reports by Michael Frolich MD and Randall Tackett PhD, and the Alabama Execution Procedures (09/2014).

2. I am a clinical pharmacologist and practice in Tampa, Florida. My training includes a Doctor of Pharmacy (PharmD) degree and Master of Business Administration

1

(MBA) degree from Mercer University. My post-graduate training includes a Clinical Pharmacy Residency and Clinical Pharmacology Fellowship at Emory University. I am on the faculty of the University of South Florida Colleges of Pharmacy and Medicine, where I serve as the President and Practice Director of Clinical Pharmacology Services (CPS), and I am also the President of the American Institute of Pharmaceutical Sciences (AIPS). My professional practice activities include clinical pharmacology consult services, clinical research design and management, drug information services (clinical and forensic), and health care consulting. In addition to my clinical practice, I also provide experiential training and mentoring for medical, pharmacy, and nursing students, residents, and fellows.

3. My educational background, employment experience, professional licenses, faculty appointments, specialty training, consulting activities, publications, and research protocols are described in detail in my Curriculum Vitae (CV), which is attached to this Affidavit and incorporated by reference.

4. I have been tendered and served as an expert witness in numerous types of cases including civil and criminal matters relating to the area of clinical pharmacology and toxicology. I have also served as an expert for the United States government, courts, private counsels, and law enforcement agencies, providing forensic and technical support and services surrounding pharmacology, standards of care, proper prescribing, therapeutic decision making, malpractice, clinical research, substance abuse, health policy, clinical therapeutics, therapeutic drug monitoring, patient safety, and consumer information and education. In the course of my professional activities I have also reviewed and provided scientific and technical feedback to the State of Alabama Office of the Attorney General, and the Alabama Departments of Corrections on non-health care related inquiries pertaining to the mechanisms of action, methods of administration, and resulting pharmacologic effects of natural and prescription medications that are employed within lethal injection protocols.

5. The utilization of properly administered midazolam IV at a dose of 500 mg will render an individual unconscious. Midazolam is a short acting benzodiazepine that is FDA approved and routinely utilized as a sedating and tranquilizing agent in diverse clinical practice settings. As a class, the benzodiazepines share similar chemical structures, but vary widely in their physicochemical properties, specifically their distribution rates, clearance rates, onset of action, and duration of therapeutic effects. The drug concentrations may be compared based upon their relative solubility in the aqueous and organic phases (Leo et al., 1971; Ritschel, 1980). The most lipophilic benzodiazepines include diazepam and midazolam,

possessing the highest volume of distributions ($V_d$). While this increase in lipophilicity and unbound $V_d$ benefits the rapidity and magnitude of pharmacologic effect, it has also been associated with a reduced duration of pharmacodynamic action (Arendt et al., 1983).

Midazolam is utilized as a premedication to produce sedation, reduce anxiety, induce and maintain anesthesia, induce anterograde amnesia, and the treatment of specific seizure disorders. The US Food and Drug Administration's (FDA) Approved Package Insert (PI) illustrates the full list of clinical indications for midazolam, which include:

1) Preoperative Sedation / Anxiolysis with Amnesia
2) Anesthesia (Induction and Maintenance)
3) Sedation of Intubated / Ventilated Patients
4) Refractory Status Epilepticus
5) Seizure Clusters (Orphan)

| FDA Approved Indications Related to Sedation & Established Dosing Ranges |
|---|
| **Preoperative Sedation / Anxiolysis with Amnesia:** |
| **Adult (IV) –** |
| Initial:<br>Usually 0.5-1 mg given over 2 minutes (not to exceed 2.5 mg/dose); wait 2-3 minutes to evaluate sedative effect after each dose adjustment; total dose >5 mg usually not necessary to reach desired sedation; use 30% less midazolam if patient premedicated with narcotics or other CNS depressants. |
| Debilitated or chronically ill patients: 1.5 mg IV initially; may repeat with 1 mg/dose IV q2-3 min PRN; not to exceed cumulative dose of 3.5 mg; peak effect may be delayed in elderly, so increments should be smaller and rate of injection slower. |
| Maintenance:<br>25% of initial effective dose PRN by slow titration; reduce 30% if premedicated with opiate (50% in elderly/chronically ill). |
| **Geriatric (IM & IV) -** |
| IM:<br>1-3 mg (~35-40 mcg/kg) 30-60 minutes before surgery; some elderly patients may respond to as little as 1 mg; onset is 15 minutes (peaking at 30-60 min) |
| IV (>60 years):<br>1.5 mg initially; may repeat with 1 mg/dose q2-3min PRN; not to exceed cumulative dose of 3.5 mg; peak effect may be delayed in elderly, so increments should be smaller and rate of injection slower. |
| IV maintenance:<br>10-15% of initial effective dose PRN by slow titration. |

3

> *Anesthesia:*
>
> **Induction –**
>
> **<55 years without premedication:**
> 300-350 mcg/kg IV injection over 20-30 seconds; wait 2-3 minutes to evaluate sedative effect after each dose adjustment; may use increments of 25% of initial dose PRN to complete induction; may use up to 0.6 mg/kg total dose in resistant cases, but such dosing may prolong recovery.
>
> **>55 years without premedication and with no systemic disease, in a patient who is not weak:**
>
> 300 mcg/kg over 20-30 seconds initially; wait 2-3 minutes to evaluate sedative effect after each dose adjustment.
>
> **>55 years without premedication but presence of systemic disease or weak patient:**
>
> 200-250 mcg/kg over 20-30 seconds usually enough; 0.15 mg/kg enough in some cases; wait 2-3 minutes to evaluate sedative effect after each dose adjustment.
>
> **>55 years with premedication:**
>
> 150-350 mcg/kg IV injection over 20-30 seconds; wait 2-3 minutes to evaluate sedative effect after each dose adjustment; a dose of 250 mcg/kg usually enough to achieve desired effect.
>
> **Maintenance –**
>
> May administer increments of 25% of induction dose PRN when there are signs that anesthetic effects are lightening.
>
> **Geriatric Dosing –**
>
> Typical adult induction and maintenance doses may need to be decreased in some elderly patients by 20-50%, because the elderly overall are more susceptible to CNS depressants than is the general population.
>
> ---
>
> *Sedation of Intubated/Ventilated Patient:*
>
> **Load –**
>
> 10-50 mcg/kg (dose range 0.5-4 mg) slow IV injection or infusion over several minutes; repeat q10-15min PRN.
>
> **Maintenance –**
>
> Initial, 20-100 mcg/kg/hr infusion; titrate up or down 25-50% PRN.

Medscape / FirstDataBank, 2015
FDA Approved Package Insert, Baxter Health Care Corporation, Rev. 4/10

Midazolam is a potent sedating agent that requires individualization of dosage and is estimated to be 3 to 4 times more potent, mg per mg, than diazepam (Valium®). The pharmacologic effects of midazolam are dose-dependent. Doses as low as 10 mg have been reported to result in serious central nervous depression, multisystem organ failure, and cardiac arrest, resulting in death (Baselt, 2011).

The FDA Approved Package Insert also explains that patients receiving midazolam may experience serious cardiorespiratory adverse events. These complications included respiratory depression, airway obstruction, oxygen desaturation, apnea, respiratory arrest and/or cardiac arrest, sometimes resulting in death or permanent neurologic injury. Rare reports of hypotensive episodes have occurred in both adult or pediatric patients with preexisting hemodynamic instability. Reductions in blood pressure were more commonly identified in sedation studies in those patients who were pre-medicated with a narcotic. Other reactions such as agitation, involuntary movements (i.e., tonic/clonic movements and muscle tremor), hyperactivity, and combativeness were also observed. Adverse reactions may be the result of a physiologic response, dosage administered, method of administration, indications of cerebral hypoxia, or paradoxical reaction (Baxter, 2010). Observations of physical activity or motor response during the administration of midazolam should not be presumed to indicate that an individual is conscious, aware of their surroundings, or has the capacity to discern pain or other types of sensations.

> **FDA Approved Package Insert – Section: Dosage and Administration**
> BECAUSE SERIOUS AND LIFE-THREATENING CARDIORESPIRATORY ADVERSE EVENTS HAVE BEEN REPORTED, PROVISION FOR MONITORING, DETECTION AND CORRECTION OF THESE REACTIONS MUST BE MADE FOR EVERY PATIENT TO WHOM MIDAZOLAM INJECTION IS ADMINISTERED, REGARDLESS OF AGE OR HEALTH STATUS. Excessive single doses or rapid intravenous administration may result in respiratory depression, airway obstruction and/or arrest. The potential for these latter effects is increased in debilitated patients, those receiving concomitant medications capable of depressing the CNS, and patients without an endotracheal tube but undergoing a procedure involving the upper airway such as endoscopy or dental (see BOX WARNING and WARNINGS.)

FDA Approved Package Insert, Baxter Health Care Corporation, Rev. 4/10

Midazolam's half life is 1.8 to 6.4 hours (mean approximately 3 hours), the volume of distribution ($V_d$) ranges from 1.0 – 3.0 L/kg (Baselt, 2011), and total clearance (Cl) ranges from 0.25 to 0.54 L/hr/kg (Baxer Healthcare Corporation). The toxic plasma concentration range for midazolam in humans is 1.0 – 1.5 mcg/mL. (Reganthal, 1999). Based upon a 70 kg individual and these pharmacokinetic variables, a dose of 500 mg IV of midazolam would be expected to result in concentrations of 2 to 7 times the toxic plasma concentration range (2.38 – 7.14 mcg/mL). The manifestations of midazolam over dosage are similar to those observed

with other benzodiazepines, including sedation, somnolence, confusion, impaired coordination, diminished reflexes, coma, and loss of vital signs.

      6. The pharmacological effects after the proper administration of two or more doses of midazolam 500 mg IV as described in the Alabama Department of Correction's Execution Procedures (ADOC EP, 2014) are sufficient to produce sedation, anterograde amnesia, and induce a reduced level of consciousness so that the individual would not experience severe pain upon the timely rapid administration of the second and third drugs employed within the protocol (i.e., rocuronium bromide (Zemuron®, Esmuron®) and potassium chloride). The United States Food and Drug Administration provides scientific and clinical review of medications and subsequent approvals for specific clinical uses and therapeutic indications. This does not infer that a medication or substance can only be utilized or administered for the limited set of FDA approved treatment indications. In fact, the FDA acknowledges and supports the fact that medications and substances may be utilized for off label uses.

> **Off Label Use:**
>
> "If physicians use a product for an indication not in the approved labeling, they have the responsibility to be well informed about the product, to base its use on firm scientific rationale and on sound medical evidence, and to maintain records of the product's use and effects."

http://www.FDA.gov/RegulatoryInformation/Guidelines/ucm126486.htm

      7. The administration of midazolam, at standard dosages, is sufficient to result in loss of consciousness (i.e., sedation or induction of anesthesia). Anesthesia is defined as the partial or total loss of sensation, especially tactile awareness, resulting from disease, trauma, acupuncture, or a medication with anesthetic properties. An anesthetic agent is a medication or substance that is capable of producing local or general insensibility to pain, with or without the loss of consciousness. Anesthetic agents may be administered topically, locally, regionally, or generally, depending on the product formulation and body target area. Fundamental to the concept of anesthesia is the loss of sensation and/or consciousness without loss of vital organ functions artificially produced by the administration of one or more agents capable of blocking the passage of pain impulses along nerve pathways to the brain (Taber's Cyclopedic Medical Dictionary, 2013; Merriam-Webster, 2015).

      Bispectral Index (BIS) is a technology utilized to measure the depth of anesthesia. BIS values of less than or equal to 60 are considered indicative of general anesthesia. In Liu

et al., total doses of midazolam ranged from 4.5 – 20 mg with dosing increments ranging from 0.5 – 1 mg bolus doses, every 6 – 10 minutes. The mean total dose in this study was 9.1 mg, until individuals became unresponsive to tactile stimulation (i.e., mild prodding or shaking). At this point of sedation, an individual's average BIS value was 69. Bulach et al., demonstrated individuals reaching BIS levels as low as 66 with standard doses midazolam as low as 10 mg IV and within 4 minutes of administration. From this time onwards, the midazolam groups had an increasing dose-responsive effect in relation to their BIS scores (Bulach et al., 2005). There is no human data to support the assumption that administration of doses of midazolam 500 mg IV or greater would alter or abate the observed trends of increasing dose-dependent sedative effects of midazolam.

  Theoretical assertions stating that an individual would sense pain during the lethal injection protocol process, attributable to presumed limitations of pharmacologic effects of midazolam in humans, are fundamentally defective. Academic arguments that an individual would have the capacity to sense pain or the ability to discern and quantify pain, by type or level of intensity, at any point during the rapid sequential dosing of protocol-based medications, are clinically unsupported. Any assertion that an individual being administered the ADOC execution procedures (including the use of midazolam 500 mg IV), would have the ability to experience, discern, or articulate the nature of discomfort (i.e., pain or suffering) or the degree of intensity is purely speculative.

  8. While some authors have postulated that midazolam may have a theoretical ceiling effect, there are no medical or scientific studies or cases that document the dosage level or clinical conditions that would be necessary to render such a ceiling effect. In addition, given the significantly high dosage of midazolam being administered (well in excess of both therapeutic and toxic ranges), the rapid sequential administration of the of the three pharmaceutical components within the ADOC lethal injection execution procedures, and the dose-related amnestic effects associated with midazolam, the concept that the patient would have capacity to discern any clinical effects related to a theoretical ceiling effect (i.e., changes in consciousness or variable levels of discomfort) is unsupportable. There is currently no scientific data in humans to support the assumption that a "ceiling effect" for sedation occurs at or before 500 mg IV midazolam.

  9. Based upon the increasing dose-dependent sedative effects, midazolam is known to produce anterograde amnesia. Anterograde amnesia is the loss in the ability to form new memories, which occur either after an incident or during a period of pharmacologic activity.

7

Numerous clinical trials have confirmed and validated the development of anterograde amnesia, and other researchers are investigating the capacity for retrograde amnesia as well. Like sedation, midazolam's pharmacologic effect of producing anterograde amnesia is also dose dependent. The anterograde amnestic effect observed with midazolam is comparable to that of propofol, thiopental, and fentanyl (Veselis, 1997).

Midazolam's sedative and amnestic effects significantly impact an individual's level of consciousness and the capacity to perceive pain, discern its level of intensity, and to form functional memory during the period of its pharmacologic activity.

10. There is no scientific or medical evidence to support the concept that midazolam (IV), at low or high dosages, would result in significant hypotensive events (i.e., profound decreases in SBP and DBP from baseline) prior to the onset of sedation, or that it is capable of inducing or worsening ischemic cardiac damage, acute cardiac events, excruciating pain and/or suffering.

11. Based upon the fact that, a) a "ceiling effect" has never been demonstrated in humans, b) midazolam's pharmacologic effects are known to be dose-related, and c) midazolam is highly lipophilic, it is more likely than not that doses 500 or greater would render BIS values progressively lower than 69. BIS levels lower than 60 are indicative of general anesthesia, which render an individual reliably unconscious and insensate to noxious stimuli. Based on the above, I conclude, with a reasonable degree of scientific and medical certainty that a 500 mg IV dose of midazolam would likely result in a BIS level lower than 60 and render a person unconscious, with anterograde amnesia, and insensible to noxious stimuli.

12. I hold all opinions expressed to a reasonable degree of scientific and medical certainty.

13. The opinions expressed in this Affidavit are based on my review of the scientific and medical literature to date.

14. I have prepared this Affidavit at the request of the State of Alabama Attorney General's office in connection with pending litigations involving the State's Execution Procedures.

15. I reserve the right to amend my opinions should further research, data, investigation, knowledge, and experience reveal a basis for doing so.

16. I declare under penalty of perjury under the laws of the United States of America that the above information is true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NOT.

_____
Daniel E. Buffington, PharmD, MBA

ACKNOWLEDGMENT

STATE OF FLORIDA                )
                                )
COUNTY OF HILLSBOROUGH          )

Subscribed and sworn to before me, a Notary Public, on this __26th__ day of February, 2016.

_____
Notary Public

My Commission Expires:

_08-05-2019_

MARJORIE W. KOPEC
Commission # FF 217661
Expires August 5, 2019
Bonded Thru Troy Fain Insurance 800-385-7019