IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CAREY DALE GRAYSON, ) | |
| DEMETRIUS FRAZIER, ) | |
| DAVID LEE ROBERTS, ) | CIVIL ACTION NO |
| ROBIN DION MYERS, ) | 2:12-CV-316-WKW |
| GREGORY HUNT, ) | 2:13-CV-781-WKW |
| ) | 2:14-CV-1028-WKW |
| Plaintiffs, ) | 2:14-CV-1029-WKW |
| ) | 2:14-CV-1030-WKW |
| v. ) | |
| JEFFERSON S. DUNN, et al., ) | |
| Defendants. ) | |

### Expert Declaration of Dr. Curt E. Harper

I, Curt E. Harper, under penalty of perjury, declare the following to be true:

1. My name is Curt E. Harper. I hold a Doctor of Philosophy (PhD) in Pharmacology and Toxicology from the University of Alabama at Birmingham School of Medicine, Department of Pharmacology and Toxicology. I received that degree in 2007. I received a Master's of Science in Forensic Sciences (MSFS) in 2002 from the University of Alabama at Birmingham Department of Justice Sciences. I received my Bachelors of Science degree (BS) in the majors of Chemistry, Biology and Computer & Mathematical Science (*Summa cum laude*) in 2001 from Brescia University in Owensboro, KY.

2. I am currently the Toxicology Discipline Chief for the Alabama Department of Forensic Sciences and have served in that position since April 2012. I served as a forensic toxicology supervisor for the Virginia Department of Forensic Science from May 2010 to April 2012. I worked for the Alabama Department of Forensic Sciences from October 2007 to May 2010, initially with the Implied Consent Breath Alcohol Testing section and then as the Driving under the Influence of Drugs (DUID) Coordinator in the Toxicology Section. I served as Toxicology Section Chief in the Mobile Laboratory from June 2009 until May 2010.

3. I am certified as a Fellow of the American Board of Forensic Toxicology (F-ABFT). I am also certified as a Drug Recognition Expert (DRE).

4. I have served as an adjunct professor at the University of Alabama at Birmingham, Department of Justice Sciences, since 2012. I am currently a

visiting lecturer for the Robert F. Borkenstein Course on Alcohol and Highway Safety at Indiana University. Prior to 2012, I taught as an adjunct or guest professor between the years 2007 and 2010 at the University of Alabama at Birmingham and the University of South Alabama.

5. I am currently an active member of the Society of Forensic Toxicology and the International Association for Chemical Testing. I have served as the Treasurer of the International Association for Chemical Testing since 2014 as well as being a member of that organization's training committee. I presently serve on the OSAC Toxicology Subcommittee for Reporting and Testimony. I also serve on the Society for Forensic Toxicology's Drugs and Driving Committee.

6. I have previously testified as an expert on more than one hundred occasions. While employed with the Virginia Department of Forensic Science I testified as an expert on more than fifty separate occasions. Similarly, I have testified more than fifty times as an expert while employed by the Alabama Department of Forensic Sciences.

7. My current *curriculum vitae* is attached to this declaration as Exhibit 1. This C.V. is true and correct. A list of cases in which I have testified as an expert is attached as Exhibit 2.

8. I have not received compensation for my consultation services. As an employee of the Alabama Department of Forensic Sciences, my services were provided without compensation in this case.

## *Forensic Toxicology*

9. Toxicology is the study of the adverse effects of drugs and chemicals on biological systems. Forensic toxicology deals with the application of toxicology to cases and issues where those adverse effects have administrative or medicolegal consequences, and where the results are likely to be used in court. As recognized by the Society of Forensic Toxicologists, forensic toxicology is a modern science that is based on published and widely accepted scientific methods and practices, for both analysis of drugs in biological materials, and interpretation of those results.

## *Florida Toxicology Reports*

10. I have reviewed the Toxicology Reports from Florida where a dose of 500 mg of midazolam was administered by injection as a component in a cocktail. Here is a summary with the average and standard deviation from the mean.

| Name | Midazolam Concentration (ng/mL) |
|---|---|
| Case 1 | 2100 |
| Case 2 | 1900 |
| Case 3 | 1500 |
| Case 4 | 1700 |
| Case 5 | 1000 |
| Case 6 | 1500 |
| Case 7 | 2700 |
| Case 8 | 1900 |
| Case 9 | 2000 |
| Case 10 | 1200 |
| Case 11 | 2000 |
| **Average** | **1773** |
| **Standard Deviation** | **467** |

*Midazolam Pharmacokinetics*

11.  According to the Handbook of Forensic Toxicology for Medical Examiners by Molina, the therapeutic range for midazolam as a sedative/hypnotic is 30 – 400 ng/mL. Toxic levels often occur between 200-2000 ng/mL and lethal levels often occur at >2,400 ng/mL. The average midazolam concentration from the 11 Florida Toxicology Reports above was 1773 ng/mL. This concentration falls well above the sedative/hypnotic range, within the upper toxic range, and could cause death in some individuals. A sedative drug reduces irritability and anxiety. A hypnotic drug induces sleep. Respiratory depression and death can occur at high midazolam concentrations.

12.  According to the 9th Edition of Disposition of Toxic Drugs and Chemicals in Man by Baselt (2011), the following midazolam dosing studies have been conducted: A 5 mg intravenous dose given to 6 healthy young adults resulted in an average plasma midazolam concentration of 112 ng/mL when measured 5 min. post-injection [Smith, 1981]. Ten women who received intravenous midazolam as the primary surgical anesthetic agent (~20 mg) dose, initial infusion of (~50 mg/hr) for 15 minutes, followed by maintenance infusion of ~10 mg for 1-2 hours had average plasma concentrations of 1254 ng/mL at 2 minutes after bolus dose and 317 ng/mL at the end of the infusion [Persson, 1987]. The midazolam plasma concentration required to obtain a sedative effect in post-surgical patients is around 100 ng/mL; this concentration can be maintained in most patients by continuous infusion of 1-3 mg/hr [Maitre, 1989]. Eight adult surgical patients receiving 3 intravenous doses of ~25 mg (~75 mg total) every 45 minutes for anesthetic induction and maintenance had peak plasma midazolam concentrations

averaging 1103 ng/mL at 5 minutes after the last injection; the average plasma level upon 2-4 hours later was 131 ng/mL [Crevat-Pisano, 1986]. Peak concentrations are usually achieved within seconds to minutes of an intravenous dose. These studies support the concept that doses between 5 mg – 75 mg of midazolam are sufficient to cause sedation and induce anesthesia.

*Midazolam: Pharmacology and Uses*

13. Midazolam has anxiolytic, hypnotic, anticonvulsant, muscle relaxant, and antergrade amnestic effects (Reves 1985).

14. Midazolam has a very rapid onset of activity after intravenous administration. In experimental models, the drug rapidly enters the cerebrospinal fluid, and equilibration between plasma and cerebrospinal fluid generally occurs within a few minutes of IV administration. Its entry into brain tissue and the onset of clinical effects are correspondingly rapid (Reves 1985).

15. Midazolam can be used in the induction or maintenance of anesthesia, as a premedication, and for intravenous sedation. General anesthesia is a medically induced coma or controlled state of unconsciousness with the loss of protective reflexes (Reves 1985).

16. The success and rapidity of the induction is related directly dose. At higher doses, induction variability is greatly reduced. The recommended induction dose of midazolam is 0.1 to 0.4 mg/kg (7 to 28 mg/70 kg average weight person). 0.3 mg/kg induced anesthesia in 30-60 seconds (Reves 1985).

17. Midazolam is a useful intravenous adjuvant to local or regional anesthesia by causing sedation for a variety of therapeutic and diagnostic procedures. It is useful in intravenous sedation for endoscopic procedures, including gastroscopy, esophagoscropy, and cystoscopy. The average dose required is 0.1 mg/kg (7 mg/70 kg average weight person) (Reves 1985).

*Midazolam Overdoses*

18. A 63 year old man who was accidentally given 10 mg of midazolam by rapid intravenous injection developed coma and cardiac arrest. Antemortem blood and urine collected one hour after drug administration contained 2,800 and 200 ng/mL of the drug respectively, while postmortem blood and urine contained 2,400 and 1,800 ng/mL of the drug, respectively (Michalodimitrakis).

19. Two cases involving intramuscular (IM) midazolam overdoses and their associated symptoms were published by Nishiyama et al. Both cases received more than four times the prescribed doses of 2.3 and 4 mg of midazolam. The patients instead received 10 mg and 20 mg respectively. There was prolonged sedation, but not death in these cases. The symptoms of overdose are mainly an intensification of the therapeutic effects and may lead to coma, cardiorespiratory depression, and apnea (Nishiyama).

20. A patient was given intravenous midazolam at 12 mg during a gastroscopy and colonoscopy and was unrousable. This was one of three midazolam doses errors in England and Wales between November 2004 and November 2008 that led to death in a patient. Midazolam is often used intravenously in single doses between 0.5 mg and 2.5 mg for conscious sedation of patients for endoscopy (Lamont).

21. These studies support the concept that "the dose makes the poison." High doses of midazolam can lead to unconsciousness, and potentially coma and death.

The opinions stated herein are based upon stated facts and assumptions and my education, knowledge and experience as a forensic toxicologist. Should any of the aforementioned facts or assumptions be in error or become obsolete, these opinions may be subject to change. Should you need any further assistance in this case, please do not hesitate to contact me.

Sincerely,

*[signature]*

Curt. E. Harper, Ph.D, F-ABFT

## References

Molina. Handbook of Forensic Toxicology for Medical Examiners. 2010.

Baselt. Disposition of Toxic Drugs and Chemicals in Man. 9th Edition, 2011.

Crevat-Pisano P, Dragna S, Granthil C, Coassolo P, Cano JP, Francois G. Plasma concentrations and pharmacokinetics of midazolam during anaesthesia. J PharmPharmacol. 1986 Aug;38(8):578-82.

Reves JG, Fragen RJ, Vinik HR, Greenblatt DJ. Midazolam: pharmacology and uses. Anesthesiology. 1985 Mar;62(3):310-24. Review.

Michalodimitrakis M, Christodoulou P, Tsatsakis AM, Askoxilakis I, Stiakakis I, Mouzas I. Death related to midazolam overdose during endoscopic retrograde cholangiopancreatography. Am J Forensic Med Pathol. 1999 Mar;20(1):93-7.

Nishiyama T, Hanaoka K. Accidental overdose of midazolam as intramuscular premedication. J Clin Anesth. 2002 Nov;14(7):543-5.

Lamont T, Matthew L, Cousins D, Green J. Avoiding midazolam overdose: summary of a safety report from the National Patient Safety Agency. BMJ. 2009 Nov 19;339:b4459.