# Supreme Court of the United States

No.    17A437

TORREY T. MCNABB,

Applicant,

v.

JEFFERSON S. DUNN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL.

_____

## O R D E R

_____

UPON CONSIDERATION of the application of counsel for the applicant,

IT IS ORDERED that execution of the sentence of death is hereby stayed pending further order of the undersigned or of the Court.

/s/   Clarence Thomas
Associate Justice of the Supreme
Court of the United States

Dated this 19th
day of October, 2017.