IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAREY DALE GRAYSON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> JEFFERSON S. DUNN, *et al* <br><br> Defendants. | CASE NO. 2:12-CV-0316-WKW |

**JOINT MOTION FOR ORDER CONSOLIDATING CASES AND RE-CAPTIONING THEM AS "IN RE: ALABAMA LETHAL INJECTION PROTOCOL LITIGATION"**

The parties make this joint motion for an order consolidating the above-captioned lethal injection lawsuits and re-captioning them as "In re: Alabama Lethal Injection Protocol Litigation," under the earliest case number (No. 2:12-cv-0316). For this Court's convenience, the parties propose that the Order[1] read as follows:

> Following a hearing held on October 13, 2017, the parties filed a Joint Motion for Order Consolidating Cases and Restyling the Consolidated Case as "In re: Alabama Lethal Injection Protocol Litigation." That litigation consists of the following actions:
>
> *Carey Dale Grayson v. Jefferson S. Dunn, et al.*, No. 2:12-cv-0316-WKW;
> *Demetrius Frazier v. Jefferson S. Dunn, et al.*, 2:13-cv-0781-WKW;

---

[1] The proposed order is modeled after an order drafted by District Court Judge Gregory L. Frost of the Southern District of Ohio consolidating and re-captioning lethal injection litigation concerning Ohio's protocol. *Bennie Adams, et al. v. John Kasich, et al.*, No. 2:11-cv-1016 (S.D. Ohio Dec. 5, 2011) (Doc. 11).

1

*David Lee Roberts v. Jefferson S. Dunn, et al.*, 2:14-cv-1028-WKW;
*Robin Dion Myers v. Jefferson S. Dunn, et al.*, 2:14-cv-1029-WKW;
*Gregory Hunt v. Jefferson S. Dunn, et al.*, 2:14-cv-1030-WKW;
*Geoffrey Todd West v. Jefferson S. Dunn, et al.*, 2:16-cv-0270-WKW;
*Charles Lee Burton v. Jefferson S. Dunn, et al.*, 2:16-cv-0267-WKW;
*David Wilson v. Jefferson S. Dunn, et al.*, 2:16-cv-0364-WKW;
*Jeffrey Lynn Borden v. Jefferson S. Dunn, et al.*, 2:16-cv-0733-WKW; and
*Michael Shannon Taylor v. Jefferson S. Dunn, et al.*, 2:17-cv-0046-WKW.

At the request of the parties, this Court now orders the Clerk to administratively close Case Nos. 2:13-cv-0781-WKW; 2:14-cv-1028-WKW; 2:14-cv-1029-WKW; 2:14-cv-1030-WKW; 2:16-cv-0270-WKW; 2:16-cv-0267-WKW; 2:16-cv-0364-WKW; 2:16-cv-0733-WKW; and 2:17-cv-0046-WKW. This administrative closure is a procedural device to facilitate a streamlined docket and carries no substantive effect with respect to any legal issues individualized to each case, the continuing validity of any order previously entered in any administratively closed case, or any other substantive area. The Court hereby incorporates, at the request of the parties, the entirety of the docket in each administrative closed case. Accordingly, all Orders entered in these cases remain in full effect.

The parties shall file all future filings only in Case No. 2:12-cv-0316-WKW. Further, this Court directs the Clerk to amend the caption in Case No. 2:12-cv-0316-WKW from "*Carey Dale Grayson v. Jefferson S. Dunn, et al.*" to "*In re: Alabama Lethal Injection Protocol Litigation.*" The parties are directed that every filing in this consolidated litigation shall bear the new caption and Case No. 2:12-cv-0316-WKW.

Further, pursuant to this Court's directive, announced in open court on October 13, 2017, Plaintiffs are hereby directed to file a single Amended Complaint under the consolidated case caption and number no later than October 27, 2017. Defendants are hereby directed to file an Answer no later than November 10, 2017.

Respectfully submitted,

| | |
|---|---|
| /s/ Spencer Jay Hahn | /s/ Thomas R. Govan, Jr. |
| Spencer Jay Hahn | Thomas R. Govan, Jr. |
| /s/ John Anthony Palombi | Deputy Attorney General |
| John Anthony Palombi | State of Alabama |
| Assistant Federal Defenders | Office of the Attorney General |
| Federal Defenders, Middle District of Alabama | 501 Washington Avenue |
| 817 S. Court Street | Montgomery, AL 36130-0152 |
| Montgomery, AL 36104 | (334) 242-7300 |
| (334) 834-2099 | tgovan@ago.state.al.us |
| Spencer_Hahn@fd.org | |
| OR Bar No. 043027 | Counsel for Defendants |
| John_Palombi@fd.org | |
| KY Bar Code: 86784 | |

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This Joint Motion for Order Consolidating Cases and Re-captioning them as "In re: Alabama Lethal Injection Protocol Litigation" was filed on October 20, 2017. Service was effectuated on counsel of record for all parties through the CM/ECF system.

/s/Spencer Jay Hahn
Spencer Jay Hahn
Assistant Federal Defender

Counsel for Plaintiffs