IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ALABAMA LETHAL INJECTION PROTOCOL LITIGATION | CASE NO. 2:12-CV-316-WKW<br><br>DEATH PENALTY CASE<br>NO EXECUTION DATES SET |

**PLAINTIFFS' MOTION TO CONTINUE EVIDENTIARY HEARING ON MOTIONS TO QUASH DEPOSITION SUBPOENAS**

This Court set an evidentiary hearing for May 17, 2018, to determine whether three reporters, Kim Chandler, Kent Faulk and Connor Sheets, were entitled to invoke the qualified reporter's privilege as set out in *United States v. Caporale*, 806 F.2d 1487 (11th Cir. 1986) with respect to being deposed or testifying at the trial in this case. The Court specifically requested that the parties be prepared to discuss the third *Caporale* prong, namely whether the evidence in question is available from other parties. To allow the parties to do that, the Court ordered that Defendants produce a list of people who were present at each of the executions in question. As of this time, Plaintiffs have not received that list.

Plaintiffs respectfully request that this Court indefinitely postpone this evidentiary hearing until they receive the list of persons present at the execution, as ordered by this Court, and until they can depose Warden Cynthia Stewart, Department of Corrections General Counsel Anne Hill, Commissioner Jefferson

1

Dunn and possibly others from the list of people this Court ordered Defendants to turn over. It is possible that these depositions would obviate the need for Plaintiffs to call Ms. Chandler, Mr. Faulk and Mr. Sheets as witnesses at the trial in this matter, rendering any hearing on a motion to quash unnecessary. After the depositions are complete, Plaintiffs will notify Defendants, counsel for the reporters, and file a notice with the Court indicating whether they still intend to call the reporters as witnesses.

Therefore, Plaintiffs respectfully request that this Court continue the evidentiary hearing presently scheduled for May 17, 2018.

                        Respectfully submitted,

                        /s/ John Anthony Palombi
                        John Anthony Palombi
                        /s/ Spencer Jay Hahn
                        Spencer Jay Hahn
                        Assistant Federal Defenders
                        Federal Defenders, Middle District of Alabama
                        817 South Court Street
                        Montgomery, Alabama 36104
                        Phone: (334) 834-2099
                        E-mail: John_Palombi@fd.org
                        KY Bar No. 86784
                        E-mail: Spencer_Hahn@fd.org
                        OR Bar No. 043027

                        Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

This Motion to Continue was electronically filed on May 8, 2018, and will be served on Defendants' counsel and counsel for Mr. Sheets, Mr. Faulk and Ms. Chandler via CM/ECF.

/s/John Palombi
John Palombi
Assistant Federal Defender

Counsel for Plaintiffs