IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ALABAMA LETHAL INJECTION ) | CIVIL ACTION NO. 2:12cv316-WKW |
| PROTOCOL LITIGATION ) | |

**O R D E R**

Now before the court are the following motions: a motion to quash (doc. # 372) filed by Kim Chandler; a motion to quash (doc. # 374) filed by non-parties AL.com, Kent Faulk, and Connor Sheets; the State's motion for reconsideration (doc. # 406); and Chandler's motion for joinder (doc. # 407). The court heard oral argument on the motions on May 14, 2018. Upon consideration of the motions, and for good cause, it is

ORDERED that the motions to quash (docs. # 372 & 374) be and are hereby GRANTED. It is further

ORDERED that the State's motion for reconsideration (doc. # 406) and motion for joinder (doc. # 407) be and is hereby GRANTED, and the evidentiary hearing presently set for May 17, 2018 be and is hereby CANCELED.

Done this 14th day of May, 2018.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                UNITED STATES MAGISTRATE JUDGE