IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re:  Alabama Lethal Injection | ) | |
| Protocol Litigation | ) | CASE NO. 2:12-CV-0316-WKW |
| | ) | |
| [Carey Dale Grayson, 2:12cv316; | ) | |
| Demetrius Frazier, 2:13cv781; | ) | |
| David Lee Roberts, 2:14cv1028; | ) | |
| Robin Dion Myers, 2:14cv1029; | ) | |
| Gregory Hunt, 2:14cv1030; | ) | |
| Geoffrey Todd West, 2:16cv270; | ) | |
| Charles Lee Burton, 2:16cv267; | ) | |
| David Wilson, 2:16cv364] | ) | |

## **ORDER**

Before the court is the parties' Joint Motion to Dismiss.  (Doc. # 427.)  The parties represent that, pursuant to statutory amendments to section 15-18-82.1 of the Alabama Code, which became effective on June 1, 2018, each Plaintiff in the above-styled actions has timely elected that his death sentence be executed by nitrogen hypoxia, rather than by lethal injection.[1]  Furthermore, the parties jointly contend

---

[1] *See* Ala. Code § 15-18-82.1(a) ("A death sentence shall be executed by lethal injection, unless the person sentenced to death affirmatively elects to be executed by electrocution or nitrogen hypoxia."); *id.* § 15-18-82.1(b) ("A person convicted and sentenced to death for a capital crime at any time shall have one opportunity to elect that his or her death sentence be executed by . . . nitrogen hypoxia."); *id.* § 15-18-82.1(b)(2) ("The election for death by nitrogen hypoxia is waived unless it is personally made by the person in writing and delivered to the warden of the correctional facility within 30 days after the certificate of judgment pursuant to a decision by the Alabama Supreme Court affirming the sentence of death.  If a certificate of judgment is issued before June 1, 2018, the election must be made and delivered to the warden within 30 days of that date.").

that, "[b]ecause of Plaintiffs' elections, all claims in Plaintiffs' current consolidated amended complaint are moot because all claims related to Defendants' current lethal-injection protocol."  (Doc. # 427, at 2.)  They move the court to dismiss Plaintiffs' actions without prejudice.

Based upon careful consideration of the parties' joint motion, it is ORDERED that the motion (Doc. # 427) is GRANTED and that the above-styled actions are DISMISSED without prejudice.

It is further ORDERED that the final status/pretrial conference set on July 25, 2018, and the bench trial scheduled for September 4, 2018 (*see* Doc. # 424), are CANCELLED.

A final judgment will be entered separately.

DONE this 11th day of July, 2018.

>      /s/ W. Keith Watkins      
> CHIEF UNITED STATES DISTRICT JUDGE